FORM orfinal (Rev. 07/10)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Joe W Kight
    SSN/ITIN: xxx–xx–8245
    Debtor
    Brenda D Hyatt–Kight
    SSN/ITIN: xxx–xx–1094
    Joint Debtor

Bankruptcy Case No.:  10–40390–KKS

Chapter:  13
Judge:  Karen K. Specie

### *FINAL DECREE*

The estate of the above named debtor has been fully administered.

***IT IS ORDERED THAT:***

- Leigh D. Hart is discharged as trustee of the estate of the above–named debtor and the bond is canceled; and
- The bankruptcy case of the above–named debtor is closed; and
- Other provisions: None

**DONE AND ORDERED** at Tallahassee, Florida, September 11, 2015 .

/s/ Karen K. Specie
Karen K. Specie
U.S. Bankruptcy Judge

Service by the Court to:
    All parties in interest